## STATE v. STEWART

No. 387P93

Case below: 112 N.C.App. 136

Petition by Attorney General for temporary stay pursuant to Rule 23(e) N.C.R.App.P. and petition for writ of supersedeas pursuant to Rule 23(b) N.C.R.App.P. in which the State indicates it does not intend to petition for discretionary review are dismissed 28 September 1993.

## STATE v. WILLIAMS

No. 245P93

Case below: 111 N.C.App. 861
               110 N.C.App. 306
               334 N.C. 438

Petition by Attorney General for writ of supersedeas and temporary stay denied 27 September 1993. Petition by Attorney General for writ of supersedeas and temporary stay denied 6 October 1993.

## VERNON v. STEVEN L. MABE BUILDERS

No. 275A93

Case below: 110 N.C.App. 552

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to these presented as the basis for the dissenting opinion allowed 7 October 1993.